IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

LARRY D. ODUM,

      Petitioner,

v.
                                            Case No.  5D22-1307
                                            LT Case No. 2006-CF-2552

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 19, 2022

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Larry D. Odum, Clermont, Petitioner.

No Appearance for Respondent.

PER CURIAM.

     Petitioner, Larry D. Odum, continues to raise the same claim, which has been considered on the merits, disposed of by the trial court, and reviewed in this court on multiple occasions. The continuous attempts by Petitioner to revisit this issue are frivolous and an abuse of this court's process.

As such, Petitioner is cautioned that any further pro se pleadings filed in this court, asserting the claim raised in this case, regarding the sentence imposed in Lake County Circuit Case No. 2006-CF-2552, may result in *Spencer* sanctions being imposed. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

EVANDER, WALLIS, and HARRIS, JJ., concur.